**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 13-54992 |
| | : | Chapter 13 |
| Danny W. Shelton, | : | SSN: XXX-XX-5534 |
| | : | |
| Debtor. | : | Judge Caldwell |

### NOTICE OF DEBTOR'S CHANGE OF ADDRESS

Danny W. Shelton, the Debtor herein, by and through his undersigned counsel, hereby gives notice that following the petition date, he relocated to 7836 Birch Creek Drive, Blacklick, Ohio 43004.

*/s/ Robert E. Bardwell, Jr.*
Robert E. Bardwell, Jr. (0040701)
887 South High Street
Columbus, Ohio 43206
(614) 907-3665; (614) 388-5911 fax
*E-mail: rbardwell@ohiobankruptlaw.com*
Attorney for Debtor,
Danny W. Shelton

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Debtor's Change of Address was served upon the persons identified in the following Service List by by electronic mail this 30th day of July, 2016.

*/s/ Robert E. Bardwell, Jr.*
Robert E. Bardwell, Jr. (0040701)

### SERVICE LIST

Office of the U.S. Trustee
*(via electronic mail)*

Frank M. Pees
Chapter 13 Trustee
*(via electronic mail)*